WAYDALE CORPORATION, Appellant, *v.* BERTHA PEARLMAN, Respondent.

Supreme Court, Appellate Term, First Department, December 16, 1930.

*Propper & Lichtig* [ *Karl Propper* of counsel], for the appellant.

*Abraham N. Pearlman,* for the respondent.

PER CURIAM. We deem it imperative to comment upon the slovenly and careless manner in which records on appeal are submitted, without the slightest regard for the proper form of final orders and judgments, or the distinction between decisions and judgments.

As there is neither judgment nor final order included in the return in this case the appeal is dismissed.

All concur; present, LYDON, LEVY and FRANKENTHALER, JJ.